UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON MUAN,<br><br>　　　　　Plaintiff,<br>　v.<br><br>NORA and BENEDICT VITUG, individually and together dba NORBEL'S RCH,<br><br>　　　　　Defendants. | Case No. 5:13-cv-0331-PSG<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

The undersigned's standing order requires each party to file proposed findings of fact and conclusions of law ten court days before the pretrial conference. As of this moment, 45 days after the pretrial conference and 30 days after the end of trial, the Vitugs have yet to comply with this requirement. The Vitugs shall provide the court with their proposed findings of fact and conclusions of law by March 21, 2014.

**IT IS SO ORDERED.**

Dated: March 14, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge